JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-1390-JST (OPx)                                    Date:  July 19, 2011
Title:  Marie Pittman v. Avish Partnership, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                               Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE FOR PLAINTIFF'S FAILURE TO POST THE COURT-ORDERED SECURITY BOND**

On June 2, 2011, the Court ordered Plaintiff to file a $50,000 security bond within thirty days pursuant to California Civil Code § 1030.  (Doc. 71.)  The Court noted that if Plaintiff failed to post the bond within thirty days, it would dismiss the action.  Cal. Civ. Code § 1030(d) ("If the plaintiff fails to file the undertaking within the time allowed, the plaintiff's action or special proceeding shall be dismissed as to the defendant in whose favor the order requiring the undertaking was made.").  To date, Plaintiff has failed to post the bond.  (*See* Docs. 72, 73.)  Accordingly, the Court DISMISSES the case.

Initials of Preparer:  enm